IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES HALEY                                                                                       PLAINTIFF

vs.                                  CASE NO. 4:10cv01515 JMM

FINANCIAL SERVICES ASSOCIATION
and THE NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURG, PA                                  DEFENDANTS

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice. The pending motion is moot. (DE #8).

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 21st day of March, 2011.

_____
James M. Moody
United States District Judge